IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAREFUSION CORPORATION, and BECTON, DICKINSON AND COMPANY, <br><br> Defendants. | Case No.: 1:15-cv-09986 <br><br> Judge Nancy L. Maldonado |

## JOINT MOTION TO EXTEND THE JOINT STATUS REPORT DEADLINE

Defendants CareFusion Corporation and Becton, Dickinson and Company (collectively, "CareFusion") and Plaintiff Baxter International, Inc. ("Baxter") respectfully request that the Court extend the parties' deadline to file a joint status report to Monday, August 7, 2023. In support of this motion, the Parties state as follows:

1. On May 18, 2023, following the Status Hearing, the Court directed the Parties to file a joint status report by June 27, 2023 confirming the completion of the depositions of Lynn, Vaughn, Bello, and Sato, and updating the Court on whether they request another referral to the magistrate judge for a settlement conference. Dkt. 531.

2. The parties have completed the depositions of Lynn, Vaughn, and Sato. However, to accommodate Ms. Bello's schedule, the parties agreed to complete her deposition on August 4, 2023.

3. Accordingly, the Parties jointly respectfully request an extension of their deadline to file the Joint Status Report regarding completion of the depositions, from July 27, 2023, to August 7, 2023.

4. Granting this motion will not affect any other deadline in this case.

WHEREFORE, the Parties respectfully request that the Court extend their deadline to August 7, 2023, to file the joint status report.

                              Respectfully submitted,

                              **BAXTER INTERNATIONAL, INC.**

Dated: July 27, 2023            By:  */s/Julianne M. Hartzell*
                                              One of Its Attorneys
                                              E-mail: jhartzell@marshallip.com

Julianne M. Hartzell (ARDC No. 6275093)
Kelley S. Gordon (ARDC No. 6317079)
Chelsea M. Murray (ARDC No. 6333119)
**MARSHALL, GERSTEIN & BORUN LLP**
233 South Wacker Drive, Suite 6300
Chicago, Illinois 60606
Tel: (312) 474-6300

Douglas J. Nash (admitted *pro hac vice*)
Thomas Hoehner (admitted *pro hac vice*)
John D. Cook (admitted *pro hac vice*)
Denis J. Sullivan (admitted *pro hac vice*)
John J. Pelligra (admitted *pro hac vice*)
**BARCLAY DAMON LLP**
One Park Place
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700

                Joseph L. Stanganelli (admitted *pro hac vice*)
**BARCLAY DAMON LLP**
One Financial Center, Suite 1701
Boston, Massachusetts  02111
Tel:  (617) 274-2900

Jeffrey R. Gargano (ARDC No. 6210852)
Devon C. Beane (ARDC No. 6303129)
Melissa M. Haulcomb (ARDC No. 6331368)
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois  60602
Tel: (312) 372-1121

*Attorneys for Plaintiff*

**CAREFUSION CORPORATION and
BECTON, DICKINSON AND COMPANY**

Dated: July 27, 2023        By:  /s/*Adam R. Steinert*
                                            One of Their Attorneys
                                            E-mail:  ASteinert@fredlaw.com

Kevin Tottis (ARDC No. 6193853)
Monica L. Thompson (ARDC No. 6181455)
Keith M. Stolte (ARDC No. 6244848)
**TOTTISLAW**
401 North Michigan Avenue, Suite 530
Chicago, Illinois  60611
Tel:  (312) 527-1400

Kurt J. Niederluecke (MN Reg. # 0271597)
Adam R. Steinert (MN Reg. # 0389648)
Barbara Marchevsky (MN Reg. # 0398256)
**FREDRIKSON & BYRON, P.A.**
200 South 6th Street, Suite 4000
Minneapolis, Minnesota  55402-1425
Tel:  (612) 492-7000

Thomas M. Patton (MN Reg. # 0401728)
**FREDRIKSON & BYRON, P.A.**
111 East Grand Avenue, Suite 301
Des Moines, Iowa 50309-1884
Tel: (515) 242-8900

Omar A. Khan (admitted *pro hac vice*)
Lauren E. Matlock-Colangelo (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800

Heather M. Petruzzi (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, District of Columbia 20006
Tel: (202) 663-6000

Lisa J. Pirozzolo (admitted *pro hac vice*)
Josefina Bianca Garcia (admitted *pro hac vice*)
Labdhi P. Sheth (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000

***Attorneys for Defendants***