## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Baxter International, Inc.

Plaintiff,

v.                                                    Case No.: 1:15−cv−09986

Honorable Nancy L. Maldonado

CareFusion Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2023:

MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed the joint status report [542]. A status hearing is set for 8/10/23 at 10:30 a.m. by WebEx video conference. The dial−in number for the public is: 650−479−3207; access code is: 23036891092. The parties will receive a WebEx invitation by email.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.