**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Baxter International, Inc.
                    Plaintiff,

v.                                       Case No.: 1:15−cv−09986
                                                   Honorable Nancy L. Maldonado

CareFusion Corporation, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 10, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado:Status hearing held on 8/10/2023 via WebEx. Counsel for both parties were present. All depositions on damages have been completed. As discussed on the record, motions in limine on the issue of damages will be on an expedited schedule. The parties' motions in limine on damages are due 8/31/23. Once the opening briefs are filed, the parties should confer and propose an agreed response date to the courtroom deputy. No replies will be permitted absent leave of court. A status hearing is set for 10/12/23 at 10:30 a.m. by WebEx video conference. The dial−in number for the public is: 650−479−3207; access code is: 23096892963. The parties will receive a WebEx invitation by email. The 8/18/23 deadline to file a joint status report [493] is stricken. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.