IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:15-cv-09986 ) ) Judge Nancy L. Maldonado |
| CAREFUSION CORPORATION, and BECTON, DICKINSON AND COMPANY, | ) ) ) |
| Defendants. | ) ) ) |

**JOINT MOTION TO EXTEND DEADLINES FOR MOTIONS *IN LIMINE*__**

Defendants CareFusion Corporation and Becton, Dickinson and Company (collectively, "CareFusion") and Plaintiff Baxter International, Inc. ("Baxter") respectfully request that the Court modify the parties' motion *in limine* briefing schedule. In support of this motion, the Parties state as follows:

1. On August 10, 2023, this Court set August 31, 2023 as the deadline for the Parties to file motions *in limine* on damages. Dkt. 544. The Court further instructed the Parties to "confer and propose an agreed response date." Dkt. 544.

2. On August 21, 2023, the Parties mutually exchanged lists of the proposed motions *in limine* and met and conferred on August 23, 2023 and continued to exchange positions as recently as August 25.

3. The Parties agreed to the below briefing schedule on August 25, 2023 and jointly request the Court extend the deadline to file opening briefs, and enter the following briefing schedule:

| Opening briefs | Proposed deadline |
|---|---|
| Opening motions | September 7, 2023 |
| Response briefs | September 28, 2023 |
| Reply briefs | October 12, 2023 |

4.      In view of the potential impact of these motions *in limine* on damages issues in this case, the unique posture, and the availability of time in the schedule for replies, CareFusion believes that reply briefs are appropriate here and requests leave to file as the Court previously indicated it "will allow [in] this instance." Dkt. 544. Baxter's position is that, to the extent any party is granted a reply brief, the other party should be permitted a reply brief as well. CareFusion agrees.

5.      Granting this joint motion will not affect any other deadline in this case.

WHEREFORE, the Parties respectfully request that the Court issue an order setting the following deadlines: (1) September 7, 2023 to file opening motions *in limine* on damages; (2) September 28, 2023 to file responsive briefs; (3) October 12, 2023 to file reply briefs.

Respectfully submitted,

**BAXTER INTERNATIONAL, INC.**

Dated: August 30, 2023    By: /s/Julianne M. Hartzell
　　　　　　　　　　　　　　One of Its Attorneys
　　　　　　　　　　　　　　E-mail: jhartzell@marshallip.com

Julianne M. Hartzell (ARDC No. 6275093)
Kelley S. Gordon (ARDC No. 6317079)
Chelsea M. Murray (ARDC No. 6333119)
**MARSHALL, GERSTEIN & BORUN LLP**
233 South Wacker Drive, Suite 6300
Chicago, Illinois  60606
Tel:  (312) 474-6300

Douglas J. Nash (admitted *pro hac vice*)
Thomas Hoehner (admitted *pro hac vice*)
John D. Cook (admitted *pro hac vice*)
Denis J. Sullivan (admitted *pro hac vice*)
John J. Pelligra (admitted *pro hac vice*)
**BARCLAY DAMON LLP**
One Park Place
125 East Jefferson Street
Syracuse, New York  13202
Tel:  (315) 425-2700

Joseph L. Stanganelli (admitted *pro hac vice*)
**BARCLAY DAMON LLP**
One Financial Center, Suite 1701
Boston, Massachusetts  02111
Tel:  (617) 274-2900

Jeffrey R. Gargano (ARDC No. 6210852)
Devon C. Beane (ARDC No. 6303129)
Melissa M. Haulcomb (ARDC No. 6331368)
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois  60602
Tel: (312) 372-1121

*Attorneys for Plaintiff*

3

|  |  |
|---|---|
|  | CAREFUSION CORPORATION and BECTON, DICKINSON AND COMPANY |
| Dated: August 30, 2023 | By:  /s/Thomas M. Patton<br>     One of Their Attorneys<br>     E-mail:  tpatton@fredlaw.com |

Kevin Tottis (ARDC No. 6193853)
Monica L. Thompson (ARDC No. 6181455)
Keith M. Stolte (ARDC No. 6244848)
**TOTTISLAW**
401 North Michigan Avenue, Suite 530
Chicago, Illinois  60611
Tel:  (312) 527-1400

Kurt J. Niederluecke (MN Reg. # 0271597)
Adam R. Steinert (MN Reg. # 0389648)
Barbara Marchevsky (MN Reg. # 0398256)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, Minnesota  55402-4400
Tel:  (612) 492-7000

Thomas M. Patton (MN Reg. # 0401728)
**FREDRIKSON & BYRON, P.A.**
111 East Grand Avenue, Suite 301
Des Moines, Iowa  50309-1884
Tel:  (515) 242-8900

Omar A. Khan (admitted *pro hac vice*)
Lauren E. Matlock-Colangelo (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800

Heather M. Petruzzi (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, District of Columbia  20006
Tel: (202) 663-6000

Lisa J. Pirozzolo (admitted *pro hac vice*)
Josefina Bianca Garcia (admitted *pro hac vice*)
Labdhi P. Sheth (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts  02109
Tel: (617) 526-6000

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

Thomas M. Patton, an attorney, states that he caused the foregoing **JOINT MOTION TO EXTEND DEADLINES FOR MOTIONS *IN LIMINE*** to be served electronically by transmission through the Court's ECF Filing system, on August 30, 2023, upon the following:

Julianne M. Hartzell
Kelley S. Gordon
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, Suite 6300
Chicago, Illinois 60606
Tel: (312) 474-6300
jhartzell@marshallip.com
kgordon@marshallip.com
cmurray@marshallip.com

Jeffrey R. Gargano
Devon C. Beane
Melissa M. Haulcomb
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Tel: (312) 372-1121
Jeffrey.Gargano@klgates.com
devon.beane@klgates.com
melissa.haulcomb@klgates.com

Douglas J. Nash
Thomas Hoehner
John D. Cook
Denis J. Sullivan
John J. Pelligra
BARCLAY DAMON LLP
One Park Place
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700
dnash@barclaydamon.com
thoehner@barclaydamon.com
jcook@barclaydamon.com
dsullivan@barclaydamon.com
jpelligra@barclaydamon.com

Joseph L. Stanganelli
BARCLAY DAMON LLP
One Financial Center, Suite 1701
Boston, Massachusetts 02111
Tel: (617) 274-2900
jstanganelli@barclaydamon.com

/s/Thomas M. Patton
Thomas M. Patton
tpatton@fredlaw.com