# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Baxter International, Inc.

                                    Plaintiff,

v.                                                         Case No.: 1:15−cv−09986

                                                                Honorable Nancy L. Maldonado

CareFusion Corporation, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

        MINUTE entry before the Honorable Heather K. McShain: On the Court's own motion, off−the−record telephone conference set for 09/06/2023 at 8:30 a.m. is reset to 09/06/2023 at 2:00 p.m. **(time change only)**. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.