# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Baxter International, Inc.

                Plaintiff,

v.                                             Case No.: 1:15−cv−09986

                                                           Honorable Nancy L. Maldonado

CareFusion Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Off−the−record telephone conference held on 09/06/2023, in furtherance of settlement negotiations. At this time, the parties do not believe a settlement conference will be productive. Another off−the−record telephone conference is set for 11/20/2023 at 8:30 a.m. Counsel should utilize the same dial−in information. The parties are directed to contact the Magistrate Judge at any time should they wish to reengage the Court's assistance with settlement negotiations prior to 11/20/2023. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.