IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| BAXTER INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 1:15-cv-09986 |
| v. | ) ) | Judge Nancy L. Maldonado |
| CAREFUSION CORPORATION, and BECTON, DICKINSON AND COMPANY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF NINA GARCIA IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE* REGARDING DAMAGES**

I, Nina B. Garcia, hereby declares as follows:

1. I am an attorney with Wilmer, Cutler, Pickering, Hale and Dorr LLP, and am one of the lawyers representing Defendants CareFusion Corporation and Becton, Dickinson and Company (collectively, "CareFusion") in this case. I make this declaration to support CareFusion's Motions *in Limine* regarding Damages.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of Baxter International, Inc.'s Second Supplemental Response to Defendants' Interrogatory No. 8, dated May 26, 2023. Exhibit 1 contains confidential information regarding licenses that Baxter produced as "Highly Confidential – Outside Counsel Only" under the Protective Order (Dkt. 52).

3. Attached as Exhibit 2 to this declaration is a true and correct copy of Baxter International, Inc.'s Second Supplemental Initial Disclosures, dated July 12, 2023. Baxter designated Exhibit 2 as "Contains Highly Confidential – Attorneys' Eyes Only Information" under the Protective Order (Dkt. 52).

1

4. Attached as Exhibit 3 to this declaration is a true and correct copy of Baxter International Inc.'s Amended Final Infringement Contentions, dated May 24, 2019. Exhibit 3 contains confidential information regarding the CareFusion Alaris System, including highly confidential source code.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of a Patent Sublicense Agreement between Baxter Healthcare Corporation and Cerner Corporation, bates stamped BII-00036675 – BII-00036681. Baxter designated Exhibit 4 "Highly Confidential – Outside Counsel Only" under the Protective Order (Dkt. 52).

6. Attached as Exhibit 5 to this declaration is a true and correct copy of an Operating Agreement between Care Everywhere and Sigma, bates stamped BII-00036668 – BII-00036670. Baxter designated Exhibit 5 "Highly Confidential – Outside Counsel Only" under the Protective Order (Dkt. 52).

7. Attached as Exhibit 6 to this declaration is a true and correct copy of a License Agreement between Massachusetts General Hospital and Sigma International, Inc., bates stamped BII-00034255 – BII-00034272. Baxter designated Exhibit 6 "Highly Confidential – Outside Counsel Only" under the Protective Order (Dkt. 52).

8. Attached as Exhibit 7 to this declaration is a true and correct copy of a United States Securities and Exchange Commission Form 10-Q for Alaris Medical, Inc. with the agreement between Caesarea Medical Electronics Limited and Alaris Medical Systems Inc. dated May 7, 1998 appended as Exhibit 10.1(a), bates stamped CF056967_0002 – CF056967_0076.

9. Attached as Exhibit 8 to this declaration is a true and correct copy of excerpts from the Expert Report of Ambreen Salters on behalf of Baxter International, Inc., dated March 13, 2020. Baxter designated Exhibit 8 as "Highly Confidential" under the Protective Order (Dkt. 52).

10. Attached as Exhibit 9 to this declaration is a true and correct copy of excerpts from the Expert Report of Philip Green, dated October 16, 2020. CareFusion designated Exhibit 9 as "Highly Confidential" under the Protective Order (Dkt. 52).

11. Attached as Exhibit 10 to this declaration is a true and correct copy of excerpts from the Expert Report of Warren P. Heim on Infringement, dated March 13, 2020. Baxter designated Exhibit 10 as "Highly Confidential – Source Code" under the Protective Order (Dkt. 52).

12. Attached as Exhibit 11 to this declaration is a true and correct copy of excerpts from the Expert Report of Gregg R. Kirkpatrick regarding Non-Infringement of Claims 1-3 and 8-10 of U.S. Patent No. 5,782,805, dated October 14, 2020. CareFusion designated Exhibit 11 as "Highly Confidential" under the Protective Order (Dkt. 52).

13. Attached as Exhibit 12 to this declaration is a true and correct copy of excerpts from the Deposition of Eric Sato, dated July 17, 2023. Baxter designated Exhibit 12 as "Highly Confidential – Outside Attorneys' Eyes Only" under the Protective Order (Dkt. 52).

14. Attached as Exhibit 13 to this declaration is a true and correct copy of excerpts from the Deposition of Dennis Vaughn, dated July 24, 2023. Baxter designated Exhibit 13 as "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. 52).

15. Attached as Exhibit 14 to this declaration is a true and correct copy of excerpts from the Deposition of Kenneth Lynn, dated July 26, 2023. Baxter designated Exhibit 14 as "Highly Confidential" under the Protective Order (Dkt. 52).

16. Attached as Exhibit 15 to this declaration is a true and correct copy of excerpts from the Deposition of Debra Bello, dated August 4, 2023.

17. Attached as Exhibit 16 to this declaration is a true and correct copy of the Hearing Transcript, dated May 18, 2023.

18. Attached as Exhibit 17 to this declaration is a true and correct copy of excerpts from the Deposition of Eric Sato, dated April 13, 2017. Baxter designated Exhibit 17 as "Highly Confidential" under the Protective Order (Dkt. 52).

19. Attached as Exhibit 18 to this declaration is a true and correct copy of the Hearing Transcript, dated August 10, 2023.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my present knowledge and recollection.

Dated: September 7, 2023

                                                    /s/ *Nina B. Garcia*
                                                  Nina Garcia (admitted pro hac vice)

                                                  WILMER CUTLER PICKERING HALE AND DORR LLP
                                                  60 State Street
                                                  Boston, MA 02109
                                                  Tel: (617) 526-6388

                                                  Nina.Garcia@wilmerhale.com

                                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

Nina B. Garcia, an attorney, states that she caused the **DECLARATION OF NINA GARCIA IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE* REGARDING DAMAGES** to be served electronically by transmission through e-mail and/or file transfer link on September 7, 2023, upon:

Julianne M. Hartzell
Kelley S. Gordon
Chelsea M. Murray
MARSHALL GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Dr.
Chicago, IL 60606
T: 312.474.6300
E: jhartzell@marshallip.com
E: kgordon@marshallip.com
E: cmurray@marshallip.com


Douglas J. Nash
John D. Cook
Denis Sullivan
Thomas Hoehner
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700

Jeffrey R. Gargano
Devon C. Beane
Melissa Haulcomb
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
T: 312.372.1121

*Nina B. Garcia*
Nina B. Garcia
