**FILED UNDER SEAL**

# EXHIBIT 1

**to**

**Defendants' Motions *in Limine* regarding Damages**