## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Baxter International, Inc.

                           Plaintiff,

v.                                                    Case No.: 1:15−cv−09986
                                                    Honorable Nancy L. Maldonado

CareFusion Corporation, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2023:

       MINUTE entry before the Honorable Nancy L. Maldonado: The parties' separate motions for leave to file under seal [554], [556] are granted. Both parties should ensure that redacted versions of the sealed documents are filed on CM/ECF by 9/14/23. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.