# REIN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:15-cv-009986 |
| v. ) | |
| ) | Hon. Nancy L. Maldonado |
| CAREFUSION CORPORATION, and ) | |
| BECTON, DICKINSON AND COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2 and the Court's Protective Order entered in this case (*see* Dkt. No. 52), Plaintiff Baxter International, Inc. ("Plaintiff" or "Baxter"), through its attorneys, moves the Court for leave to file under seal Plaintiff's Opposition to Defendants' Motions *In Limine* Regarding Damages and Exhibits H, I, J, K, L, and M attached thereto because these materials contain information designated by Plaintiff and/or Defendants CareFusion Corporation and Becton, Dickinson and Company (collectively, "Defendants") as Confidential or Highly Confidential under the Court's Protective Order in this case.

Concurrently with this motion, Plaintiff has served counsel of record for Defendants with unsealed copies of the above-referenced documents.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant it leave to file under seal its Opposition to Defendants' Motions *In Limine* Regarding Damages and Exhibits H, I, J, K, L, and M attached thereto.

Respectfully submitted,

**BAXTER INTERNATIONAL, INC.**

Dated: September 28, 2023

By: /s/*Julianne M. Hartzell*
Julianne M. Hartzell
Kelley S. Gordon
Chelsea M. Murray
MARSHALL GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Dr.
Chicago, IL 60606
T: 312.474.6300
E: jhartzell@marshallip.com
E: kgordon@marshallip.com
E: cmurray@marshallip.com


Douglas J. Nash
John D. Cook
Denis Sullivan
Thomas Hoehner
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700

ATTORNEYS FOR PLAINTIFF
BAXTER INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I, Julianne M. Hartzell, attorney for Plaintiff Baxter International, Inc. hereby state that on this 28th day of September, 2023, the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** was electronically served by transmission through the Court's ECF Filing system upon all counsel of record.

/s/*Julianne M. Hartzell*
Julianne M. Hartzell

2