IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| BAXTER INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 1:15-cv-09986 |
| v. | ) ) | Judge Nancy L. Maldonado |
| CAREFUSION CORPORATION, and BECTON, DICKINSON AND COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF NINA GARCIA IN SUPPORT OF DEFENDANTS' OPPOSITION TO BAXTER'S MOTIONS *IN LIMINE* REGARDING DAMAGES

I, Nina B. Garcia, hereby declares as follows:

1. I am an attorney with Wilmer, Cutler, Pickering, Hale and Dorr LLP, and am one of the lawyers representing Defendants CareFusion Corporation and Becton, Dickinson and Company (collectively, "CareFusion") in this case. I make this declaration to support CareFusion's Opposition to Baxter's Motions *in Limine* regarding Damages.

2. Attached as Exhibit 19 to this declaration is a true and correct copy of excerpts from the patent file history of U.S. Patent No. 5,782,805, bates stamped BII-00000683 - BII-00000690.

3. Attached as Exhibit 20 to this declaration is a true and correct copy of excerpts from the Deposition of Kenneth Lynn, dated July 26, 2023. Baxter designated Exhibit 20 as "Highly Confidential" under the Protective Order (Dkt. 52).

4. Attached as Exhibit 21 to this declaration is a true and correct copy of excerpts from the Deposition of Dennis Vaughn, dated July 24, 2023. Baxter designated Exhibit 21 as "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. 52).

5. Attached as Exhibit 22 to this declaration is a true and correct copy of excerpts from the Deposition of Debra Bello, dated August 4, 2023.

1

6. Attached as Exhibit 23 to this declaration is a true and correct copy of excerpts from the Deposition of Jennifer Sipple, dated March 29, 2017. CareFusion designated Exhibit 23 as "Highly Confidential" under the Protective Order (Dkt. 52).

7. Attached as Exhibit 24 to this declaration is a true and correct copy of excerpts from the Deposition of Eric Sato, dated April 13, 2017. Baxter designated Exhibit 24 as "Highly Confidential" under the Protective Order (Dkt. 52).

8. Attached as Exhibit 25 to this declaration is a true and correct copy of the Massachusetts General License Agreement between Massachusetts General Hospital and Alaris Medical Systems, Inc., dated October 12, 2001, bates stamped CF056969_0001 – CF056969_0022. CareFusion designated Exhibit 25 as "Highly Confidential" under the Protective Order (Dkt. 52).

9. Attached as Exhibit 26 to this declaration is a true and correct copy of the Hearing Transcript, dated April 28, 2023.

10. Attached as Exhibit 27 to this declaration is a true and correct copy of the Patent License Agreement between Cardinal Health 303 Inc. and Cerner Corporation, dated December 29, 2006, bates stamped CF056970_0001 – CF056970_0013. CareFusion designated Exhibit 27 as "Highly Confidential" under the Protective Order (Dkt. 52).

11. Attached as Exhibit 28 to this declaration is a true and correct copy of excerpts from Defendants' First Set of Discovery Requests to Plaintiff Baxter International, Inc., dated June 10, 2016.

12. Attached as Exhibit 29 to this declaration is a true and correct copy of a Baxter press release titled "Baxter to Recall Colleague Infusion Pumps in U.S.," dated May 3, 2010, bates stamped BII-00020331 – BII-00020332.

13. Attached as Exhibit 30 to this declaration is a true and correct copy of Baxter's Colleague Volumetric Infusion Pump Transition Guide, bates stamped BII-00020687 – BII-00020713.

14. Attached as Exhibit 31 to this declaration is a true and correct copy of excerpts from Baxter's Supplemental Responses to Defendants' First Set of Interrogatories, Nos. 1, 3 & 5, dated March 3, 2017.

15. Attached as Exhibit 32 to this declaration is a true and correct copy of excerpts from the Expert Report of Warren P. Heim on Infringement, dated March 13, 2020. Baxter designated Exhibit 32 as "Highly Confidential – Source Code" under the Protective Order (Dkt. 52).

16. Attached as Exhibit 33 to this declaration is a true and correct copy of excerpts from the Expert Report of Gregg R. Kirkpatrick regarding Non-Infringement, dated October 14, 2020. CareFusion designated Exhibit 33 as "Highly Confidential" under the Protective Order (Dkt. 52).

17. Attached as Exhibit 34 to this declaration is a true and correct copy of U.S. Patent No. 5,782,805.

18. Attached as Exhibit 35 to this declaration is a true and correct copy of Baxter's "Our History" webpage, last accessed September 27, 2023.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my present knowledge and recollection.

Dated: September 28, 2023           /s/ *Nina B. Garcia*

                                    Nina Garcia (admitted pro hac vice)
                                    WILMER CUTLER PICKERING HALE AND
                                    DORR LLP
                                    60 State Street
                                    Boston, MA 02109
                                    Tel: (617) 526-6388
                                    Nina.Garcia@wilmerhale.com

                                    *Attorney for Defendants*

3

**CERTIFICATE OF SERVICE**

      Nina B. Garcia, an attorney, states that she caused the **DECLARATION OF NINA GARCIA IN SUPPORT OF DEFENDANTS' OPPOSITION TO BAXTER'S MOTIONS *IN LIMINE* REGARDING DAMAGES** to be served electronically by transmission through e-mail and/or file transfer link on September 28, 2023, upon:

Julianne M. Hartzell
Kelley S. Gordon
Chelsea M. Murray
MARSHALL GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Dr.
Chicago, IL 60606
T: 312.474.6300
E: jhartzell@marshallip.com
E: kgordon@marshallip.com
E: cmurray@marshallip.com


Douglas J. Nash
John D. Cook
Denis Sullivan
Thomas Hoehner
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700

Jeffrey R. Gargano
Devon C. Beane
Melissa Haulcomb
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
T: 312.372.1121

                                                    *Nina B. Garcia*
                                                    Nina B. Garcia