**FILED UNDER SEAL**

# EXHIBIT 20

## to
## Defendants' Opposition to
## Baxter's Motions *in Limine*
## regarding Damages