**FILED UNDER SEAL**

# EXHIBIT 21

**to**

**Defendants' Opposition to**

**Baxter's Motions *in Limine***

**regarding Damages**

*Baxter Int'l, Inc. v. CareFusion Corp. et al.*
N.D. Ill. Case No. 1:15-cv-09986