# EXHIBIT 22

to

Defendants' Opposition to Baxter's Motions *in Limine* regarding Damages

*Baxter Int'l, Inc. v. CareFusion Corp. et al.*
N.D. Ill. Case No. 1:15-cv-09986

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION

 3
    BAXTER INTERNATIONAL, INC.      )
 4                                  )
            Plaintiff,              )
 5                                  )
       vs.                          ) 1:15-cv-09986
 6                                  )
    CAREFUSION CORPORATION, and     )
 7  BECTON,DICKINSON AND COMPANY,   )
                                    )
 8          Defendants.             )

 9

10        The videotaped deposition of Debra Bello,

11  called by Defendants, for examination, pursuant to

12  the Federal Rules of Civil Procedure of the United

13  States District Courts pertaining to the taking of

14  depositions taken before Stephanie A. Battaglia,

15  CSR and Notary Public in and for the County of

16  DuPage and State of Illinois, at

17  Regus - Lake Forest, 100 South Saunders Road,

18  Suite 150, Lake Forest, Illinois, on

19  August 4, 2023, 10:04 a.m.

20

21  Job No.:  500005

22  Pages:  1 - 76

23

24
```

| | | |
|---|---|---|
| 1 | THE WITNESS: No. | 10:13:46 |
| 2 | BY MS. GARCIA: | 10:13:51 |
| 3 | Q Have you read all of the specification of | 10:13:55 |
| 4 | the '805 patent? | 10:13:57 |
| 5 | MR. COOK: Object to form. | 10:13:59 |
| 6 | THE WITNESS: Meaning -- what do you mean | 10:14:00 |
| 7 | by specification? | 10:14:07 |
| 8 | BY MS. GARCIA: | 10:14:08 |
| 9 | Q Do you have any understanding of what the | 10:14:08 |
| 10 | specification of a patent is? | 10:14:11 |
| 11 | A No. | 10:14:12 |
| 12 | Q I will represent to you that the | 10:14:13 |
| 13 | specification of the patent is the information | 10:14:15 |
| 14 | that precedes the claims, figures, the abstract, | 10:14:17 |
| 15 | et cetera. | 10:14:22 |
| 16 | Have you read any portions of the | 10:14:24 |
| 17 | specification to prepare for today's deposition? | 10:14:26 |
| 18 | A No. | 10:14:29 |
| 19 | Q Have you ever read the entirety of the | 10:14:29 |
| 20 | specification of the '805 patent? | 10:14:32 |
| 21 | A That would have supported this patent? | 10:14:34 |
| 22 | Q Have you -- my question is have you ever | 10:14:37 |
| 23 | read the entirety of the specification of the '805 | 10:14:42 |
| 24 | patent? | 10:14:46 |

1    A  I don't know what you are referring to.                10:14:47
2    Q  So earlier I represented that the                     10:14:52
3  specification of the patent is the section                  10:14:55
4  preceding the enumerated claims that includes the           10:14:58
5  background of the invention, the abstract, and the          10:15:02
6  figures.                                                    10:15:05
7    A  No.                                                    10:15:06
8    Q  Have you ever reviewed the file history of            10:15:06
9  the '805 patent?                                            10:15:10
10   A  No.                                                    10:15:12
11   Q  You did not review the file history of the            10:15:12
12 '805 patent to prepare for this deposition,                 10:15:18
13 correct?                                                    10:15:20
14   A  No.                                                    10:15:20
15   Q  Now, in your view what is the invention               10:15:20
16 claimed in the '805 patent?                                 10:15:23
17      MR. COOK:  Object to form.                             10:15:24
18      THE WITNESS:  I don't know the exact                   10:15:25
19 regulatory terms, it is the infusion pump, the              10:15:31
20 Colleague infusion pump, but exactly all the                10:15:37
21 regulatory terminology and how that was framed, I           10:15:41
22 don't know.                                                 10:15:44
23 BY MS. GARCIA:                                              10:15:44
24   Q  So setting aside any regulatory                       10:15:45

| | | |
|---|---|---|
| 1 | interpretation of the '805 patent, I'm interested | 10:15:48 |
| 2 | in your view of what you understand is the claimed | 10:15:52 |
| 3 | invention of the '805 patent for which you are a | 10:15:56 |
| 4 | named inventor. | 10:15:59 |
| 5 |    A  It would be -- | 10:16:00 |
| 6 |       MR. COOK:  Object to form. | 10:16:01 |
| 7 |       THE WITNESS:  My role in it or -- | 10:16:02 |
| 8 | BY MS. GARCIA: | 10:16:08 |
| 9 |    Q  I will ask again. | 10:16:09 |
| 10 |     In your personal view as one of the | 10:16:09 |
| 11 | inventors of the '805 patent what do you believe | 10:16:12 |
| 12 | to be the claimed invention of the '805 patent? | 10:16:15 |
| 13 |       MR. COOK:  Object to form. | 10:16:19 |
| 14 |       THE WITNESS:  It would be the design of | 10:16:20 |
| 15 | the Colleague pump. | 10:16:30 |
| 16 | BY MS. GARCIA: | 10:16:31 |
| 17 |    Q  What specifically about the design of the | 10:16:31 |
| 18 | Colleague pump is the invention of the '805 | 10:16:33 |
| 19 | patent? | 10:16:36 |
| 20 |       MR. COOK:  Object to form. | 10:16:36 |
| 21 |       THE WITNESS:  I would not be able to name | 10:16:37 |
| 22 | everything.  Some of the key things would be the | 10:16:41 |
| 23 | graphical user interface, the removability of the | 10:16:45 |
| 24 | pump modules, the settings that can be specified | 10:16:51 |

| | | |
|---|---|---|
| 1 | in this pump based on the needs of the clinician. | 10:16:58 |
| 2 | BY MS. GARCIA: | 10:17:01 |
| 3 | Q What was your individual contribution to | 10:17:11 |
| 4 | the inventions you just described as being claimed | 10:17:15 |
| 5 | by the '805 patent? | 10:17:17 |
| 6 | MR. COOK: Object to form. | 10:17:20 |
| 7 | THE WITNESS: It was bringing the clinical | 10:17:21 |
| 8 | interpretation and user knowledge of pumps and how | 10:17:22 |
| 9 | they are used in the clinical setting to the | 10:17:27 |
| 10 | development team. | 10:17:29 |
| 11 | BY MS. GARCIA: | 10:17:30 |
| 12 | Q What specifically about the clinical | 10:17:33 |
| 13 | interpretation did you contribute to the '805 | 10:17:34 |
| 14 | patent? | 10:17:38 |
| 15 | MR. COOK: Object to form. | 10:17:41 |
| 16 | THE WITNESS: How the clinician would use | 10:17:42 |
| 17 | the pump, the steps in programming an infusion, | 10:17:45 |
| 18 | the different types of units a hospital that would | 10:17:50 |
| 19 | use the pump, looking for ways in which we could | 10:17:53 |
| 20 | potentially reduce medication errors, and just | 10:17:57 |
| 21 | ease of use. | 10:18:04 |
| 22 | BY MS. GARCIA: | 10:18:05 |
| 23 | Q What specifically did you contribute to | 10:18:12 |
| 24 | the user knowledge of pumps as you claim is the | 10:18:13 |

| | |
|---|---|
| 1   invention of the '805 patent? | 10:18:18 |
| 2       MR. COOK:  Object to form. | 10:18:20 |
| 3       THE WITNESS:  How the clinician would use | 10:18:21 |
| 4   the pump in the clinical setting from setting up | 10:18:26 |
| 5   the pump to infusions to alarms, air bubbles, | 10:18:29 |
| 6   really the use in the clinical setting, and | 10:18:37 |
| 7   identifying which units in the hospital would use | 10:18:40 |
| 8   a pump. | 10:18:43 |
| 9   BY MS. GARCIA: | 10:18:43 |
| 10      Q  Now, you have the '805 patent in front of | 10:18:52 |
| 11  you, right? | 10:18:54 |
| 12      A  Yes. | 10:18:55 |
| 13      Q  Could I ask you to please identify the | 10:18:55 |
| 14  portions of the claims that go to the clinical | 10:18:58 |
| 15  interpretation that you claim is the invention of | 10:19:00 |
| 16  the '805 patent? | 10:19:02 |
| 17      MR. COOK:  Object to form. | 10:19:05 |
| 18      THE WITNESS:  It is the whole user | 10:19:12 |
| 19  interface, it is loading the pumps and the pump | 10:19:14 |
| 20  module below, it is the fluid flow, really the | 10:19:17 |
| 21  clinician's interaction with the pump. | 10:19:20 |
| 22  BY MS. GARCIA: | 10:19:22 |
| 23      Q  My question, Ms. Bello, can you point to | 10:19:23 |
| 24  me the language in the claims of the '805 that | 10:19:26 |

```
1    STATE OF ILLINOIS)
                     ) SS.
2    COUNTY OF DUPAGE )

3            I, STEPHANIE A. BATTAGLIA, CSR and

4    Notary Public in and for the County of DuPage and

5    State of Illinois, do hereby certify that on

6    August 4, 2023, at 10:04 a.m., at Regus - Lake

7    Forest, 100 South Saunders Road, Suite 150, Lake

8    Forest, Illinois, the deponent DEBRA BELLO

9    personally appeared before me.

10           I further certify that the said DEBRA

11   BELLO was by me first duly sworn to testify and

12   that the foregoing is a true record of the

13   testimony given by the witness.

14           I further certify that the deposition was

15   terminated at 11:27 a.m.

16           I further certify that I am not counsel

17   for nor related to any of the parties herein, nor

18   am I interested in the outcome hereof.

19           In witness whereof, I have hereunto set

20   my hand and seal of office this 17th of August,

21   2023.

22
     _____
23   Notary Public
24   CSR No. 084-003337 - Expiration Date: 5/31/2025
```