**FILED UNDER SEAL**

# EXHIBIT 27

to

Defendants' Opposition to

Baxter's Motions *in Limine*

regarding Damages

*Baxter Int'l, Inc. v. CareFusion Corp. et al.*
N.D. Ill. Case No. 1:15-cv-09986