# EXHIBIT 30

## to
## Defendants' Opposition to
## Baxter's Motions *in Limine*
## regarding Damages

# COLLEAGUE Volumetric Infusion Pump

## Transition Guide





PENGAD 800-631-6989

EXHIBIT

Cerefusion 117

4-13-17 TB

BII-00020687

## Table of Contents

Customer Letter ...............................................................................................................1

Step One:     Review and Understand All Known Risks and Associated Mitigations
              Related to the Continued Use of Colleague Pumps .........................................2

Step Two:     Complete the Certificate of Medical Necessity ................................................2

Step Three:   Review the Refund, Replacement, and Lease Termination Programs ...........3

              A. Refund Program ...........................................................................................3

              B. Replacement Program....................................................................................4

              C. Termination of Leases.................................................................................5

              D. Additional Assistance..................................................................................5

              E. Return of Your COLLEAGUE Pumps........................................................6

Step Four:    Assess Alternative Infusion Pump Options .....................................................6

              A. Factors for Consideration .............................................................................6

              B. Alternative Infusion Pump Options .................................................................8

Step Five:    Select and Implement Your Preferred Option(s)............................................10

              A. Infusion Pump Transition Procedure ............................................................10

Third Party Evaluation Resources ..................................................................................16

Baxter Transition Support................................................................................................17

Certificate of Medical Necessity ("CN") Form and Instructions .......................... Appendix A

Refund Calculation and Examples........................................................................ Appendix B

*Baxter*

[APG]

Dear COLLEAGUE Pump Customer:

On July 13, 2010, the U.S. Food and Drug Administration ("FDA") ordered Baxter Healthcare Corporation ("Baxter") to recall COLLEAGUE Volumetric infusion pumps from the U.S. market. As part of our compliance with this order, Baxter is providing this Transition Guide ("Guide") to facilitate your transition to a replacement device for your recalled COLLEAGUE pumps.

You must review this Guide for important information about critical dates and action steps each facility must take, as well as key considerations regarding pump replacement or refund options. This Guide has been developed to serve four key purposes:

- To ensure you are aware of key dates and actions that will:
  - o Enable your facility to participate in the COLLEAGUE pump replacement or refund program. To participate in the pump replacement or refund program, you must submit a complete Certificate of Medical Necessity ("CN") by **November 14, 2010**. Instructions for completing and submitting the CN are provided in Appendix A of this Transition Guide.
  - o Allow Baxter to continue service and support for this product during the transition period ending on **July 14, 2012**.

- To ensure you are aware of all known risks and associated mitigations related to the continued use of COLLEAGUE pumps.

- To provide information—including third-party resources—that will assist you in identifying, evaluating and selecting an alternative infusion pump, based on your facility's needs and requirements.

- To provide general guidance about preparing for the implementation of an alternative infusion system with minimal disruption to patient care.

Your Baxter representative will be available to you to help answer any questions you may have relating to the COLLEAGUE pump and your transition to alternative devices. Additionally, Baxter has established a dedicated hotline at 1-800-422-9837 (Option 1) and a website with up-to-date information regarding the COLLEAGUE pump transition. This can be accessed by linking to:
www.baxter.com/information/safety_information/colleague_information.html.

Sincerely,

David Bonderud
President, U.S. Medication Delivery



[APG]

## Introduction

Customers must take five steps in order to transition to an alternative FDA cleared or approved product to replace the Colleague infusion pump and to be eligible for replacement or refunds:

1. review and understand all known risks and associated mitigations related to the continued use of COLLEAGUE pumps;
2. complete and return to Baxter a Certificate of Medical Necessity;
3. review the refund and replacement programs established by Baxter;
4. assess the available alternative infusion system options; and
5. elect and implement your preferred option(s).

By following those five steps, customers will be able to identify and efficiently implement the alternative infusion system that best suits their needs.

## Step One: Review and Understand All Known Risks and Associated Mitigations Related to the Continued Use of COLLEAGUE Pumps

Determine your facility's medical necessity for the continued use of your COLLEAGUE infusion pumps. As part of this determination, your facility should review the current known risks associated with the continued use of the COLLEAGUE infusion pumps, including all open recalls and known deficiencies. Baxter has made this safety information available to you at Baxter's website: www.baxter.com/information/safety_information/colleague.html#customer_letters. You should consider not using the COLLEAGUE pumps in situations where a replacement pump is not available or where a delay or interruption of therapy may be life threatening.

## Step Two: Complete the Certificate of Medical Necessity

The next step in transitioning to an alternate product is to complete a Certificate of Medical Necessity ("CN") form by **November 14, 2010**. Successful completion of a CN form accomplishes two goals:

*Baxter*

[APG]

1. It allows your facility to receive ongoing support and service from Baxter for your COLLEAGUE pumps after November 14, 2010, and throughout the transition period, which ends on July 14, 2012.
2. It enables your facility to be eligible for the replacement and/or refund options outlined within this Guide.

A copy of the CN form and the instructions for properly completing the CN are included in Appendix A to this Guide as well as online at http://www.baxter.com/information/safety_information/colleague_certificate.html.

## Step Three: Review the Refund, Replacement, and Lease Termination Programs

Baxter has established refund, replacement, and lease termination programs to assist customers in their transition to an alternative infusion pump system. These programs are described below. Baxter will work with customers to determine which program (or combination of programs) is appropriate based on the customer's clinical needs and preferences.

### Refund Program
Baxter has established the COLLEAGUE refund program to afford funds to current owners of COLLEAGUE pumps to purchase any FDA cleared or approved replacement pump deemed appropriate for the owner's particular needs. Under the refund program, Baxter will provide a refund to COLLEAGUE pump owners that is equal to the lesser of (a) the depreciated value of the device, or (b) the current owner's documented purchase price.

1. Depreciated value
   The depreciated value is based on a 10-year, straight-line, monthly depreciation of 90% of the purchase price from Baxter, beginning on the date the pump was sold by Baxter and ending on June 29, 2006. The depreciated value will be calculated according to the equation in Appendix B, subject to a minimum of $1,500 for a single channel COLLEAGUE pump or $3,000 for a triple channel COLLEAGUE pump.

2. Documented purchase price
   In order to qualify for the refund, COLLEAGUE pump owners who did not purchase their pumps directly from Baxter or its agents must provide verifiable

COLLEAGUE Volumetric Infusion Pump: Transition Guide          *Baxter*

[APG]

proof of purchase that shows the purchase price for the devices for which they are requesting a refund. Baxter will accept as verifiable proof of purchase written or electronic documentation that shows both proof of sale (i.e. bill of sale or purchase agreement) and proof of payment (i.e. wire transfer or cancelled check).

The depreciated value calculation and examples of refund calculations are provided in Appendix B. Refunds under this program will be issued to customers within 10 days after receipt of the returned pumps. Baxter will cover the costs of shipping the returned COLLEAGUE pumps to Baxter. Further instructions regarding the return of COLLEAGUE pumps are provided in Step 3 (Return of Your Colleague Pumps) on page 5 of this Transition Guide.

### Replacement Program

Baxter has established the COLLEAGUE replacement program for current pump owners that purchased their pumps directly from Baxter. The replacement program allows Baxter to offer those owners a SIGMA Spectrum infusion pump, including delivery, shipping, installation, and training, at no cost to the customer, to replace the recalled COLLEAGUE pump. The customer will return its COLLEAGUE pump to Baxter after the customer has received, installed, and been trained by Baxter on the proper use and maintenance of the replacement SIGMA Spectrum pump. Further instructions regarding the return of COLLEAGUE pumps are provided in Step 3 (Return of Your Colleague Pumps) on page 5 of this Transition Guide.

Under the replacement program, owners that purchased their pumps directly from Baxter may receive a SIGMA Spectrum infusion pump with a list price of $4,300 as a replacement for their single channel COLLEAGUE pump. Baxter will offer customers that own COLLEAGUE triple channel pumps one of the following options based on clinical need, existing channel usage, and Spectrum availability:

1. Three (3) SIGMA Spectrum infusion pumps;

2. Two (2) SIGMA Spectrum infusion pumps and one-third of the value (in cash) of the applicable refund for a triple channel COLLEAGUE pump;

3. One (1) SIGMA Spectrum infusion pump and two-thirds of the value (in cash) of the applicable refund for a triple channel COLLEAGUE pump.

BII-00020692

[APG]

Baxter anticipates offering Option #2 above as the standard option to triple channel pump owners. However, Baxter will make good faith efforts to honor its customers' preferences for replacement of triple channel Colleague pumps.

## Termination of Leases

Baxter will permit pump lessees to terminate their leases without penalty. Baxter also will refund lessees for the unused portion of any COLLEAGUE infusion pump lease, within 10 days of receipt of the COLLEAGUE pump by Baxter.

To terminate your COLLEAGUE pump lease, please contact your Baxter sales representative with the anticipated termination date. Your Baxter representative will make arrangements for the return (at Baxter's expense) of your leased COLLEAGUE pumps. A customer should not return COLLEAGUE pumps to Baxter until the customer has received and installed its replacement pumps.

During the transition period (on or before July 14, 2012), some lessees may become owners of COLLEAGUE pumps through the exercise of contractual provisions that transfer title from Baxter to the lessee or otherwise grant the lessee the option to obtain title to the COLLEAGUE pumps. Baxter will honor such contractual provisions, thereby allowing those lessees that return a completed Certificate of Medical Necessity by November 14, 2010 to become eligible for the refund and replacement programs, described above. The applicable refund amount will depend on the specific details of the customer's lease with Baxter. A lessee that will or that intends to take title to its COLLEAGUE pumps during the transition period should contact its Baxter sales representative for additional information on the refund and replacement programs.

## Additional Assistance

Regardless of the option offered to the customer, Baxter also will provide the following assistance to customers:

- Baxter will provide full refunds for the return of all unused COLLEAGUE pump spare parts, batteries, and consumables in unbroken packaging that are not past their shelf-lives. In addition to pumps, Baxter will also cover the costs of shipping the returned unused COLLEAGUE pump spare parts, batteries, and consumables to Baxter. Further instructions regarding the return of

[APG]

COLLEAGUE pumps (or parts) are provided in Step 3 (Return of Your COLLEAGUE pumps) on page 5 of this Transition Guide.

- Baxter will refund all maintenance contract holders for the unused portion of any COLLEAGUE infusion pump service contract within 10 days after receipt of the pump by Baxter.

- Baxter will not enforce any contract shortfall penalties arising from clinical practice changes necessitated by customers' transition to an alternative drug infusion platform where Baxter products cannot be used by that platform; application by Baxter of a lower-discounted pricing tier based on a customer's reduced purchase of Baxter products does not constitute a contract shortfall penalty.

### Return of Your COLLEAGUE Pumps

Customers should contact their local Baxter representative to arrange for the cost-free return of their COLLEAGUE pumps and/or spare parts, batteries and consumables. Baxter will tailor the removal process based on the needs of the customer. For example, Baxter may provide prepaid shipping labels and packaging materials for the return of the pumps. Additionally, Baxter may provide on-site personnel to help facilitate the orderly removal of these pumps.

The return process will include documentation of the serial numbers for the COLLEAGUE pumps to be returned, and reconciliation of those serial numbers against the list submitted with the customer's completed Certificate of Medical Necessity. Once a completed Certificate of Medical Necessity is on file with Baxter, customers that are prepared to return their pumps should contact their Baxter representative to obtain the necessary information to execute the immediate return of their pumps.

Note that customers should not return their COLLEAGUE pumps to Baxter until the customer has received and installed their replacement pump.


## Step Four: Assess Alternative Infusion Pump Options

This section of the Transition Guide is intended to assist your facility's decision-making process in identifying and assessing alternative infusion pump options. Below, Baxter provides a representative sample of factors you should consider when replacing your fleet of COLLEAGUE pumps, potential alternatives to your COLLEAGUE pumps, and potential sources of additional information. There may be other factors and information

COLLEAGUE Volumetric Infusion Pump: Transition Guide                    *Baxter*

[APG]

that you may need to assess based on your facility's specific policies and procedures for evaluating equipment.

**Factors for Consideration**
Fundamentally, your facility must assess your current and future infusion pump needs. Regardless of which COLLEAGUE alternatives your facility evaluates, the following steps should be considered in order to minimize disruption of patient care and reduce risk during the transition period:

A. Determine your facility's medical necessity for the continued use of your COLLEAGUE infusion pumps. As part of this determination, your facility should review the current known risks associated with the continued use of the COLLEAGUE infusion pumps, including all open recalls and known deficiencies. Baxter has made this safety information available to you at Baxter's website, www.baxter.com/information/safety_information/colleague.html#customer_letters.

B. Determine your current and future utilization needs for infusion pump technology. Transitioning from a mix of single and triple channel devices to a single channel device will require determining the appropriate number of infusion devices to ensure the facility has enough devices to safely administer all IV medications.

C. For each alternative technology or product, evaluate the following:

1. The manufacturer's Instructions for Use

2. Reports of adverse events

3. Product recalls

4. Credible third party reports and published literature

D. For each alternative technology or product, perform the following assessments, taking into account current and future requirements of your facility:

1. Clinical assessment, involving input from a multidisciplinary team (i.e. physicians, nursing, pharmacy, anesthesia, materials management, biomedical engineering and Information Technology (IT) (if implementing a wireless technology)

2. Financial assessment, including an assessment of costs of hardware, software, accessories, service and maintenance, etc.

COLLEAGUE Volumetric Infusion Pump: Transition Guide          *Baxter*

[APG]

3. Technical assessment, including an assessment of the facility's health information technology needs and capabilities, and how the pump meets those needs and capabilities (e.g. desired wireless capability and drug library capacity)

**Alternative Infusion Pump Options:**

Following is a discussion of suitable FDA approved or cleared alternatives to your facility's COLLEAGUE infusion pumps. This discussion is intended as a broad overview to assist facilities in their independent decision-making, and not as a recommendation of any particular alternative pump technology or infusion pump. Note that the appropriate solution for your facility may include a combination of these alternatives.

A. **Non-Electronic Alternatives.** Though non-electronic alternatives such as gravity flow, controlled gravity flow, or elastomeric/disposable pumps are clinically appropriate in certain situations, they generally are not clinically acceptable replacements to the controlled infusion of medications through an electronic pump. For example, administration of high alert intravenous medications can result in rapid physiologic changes and, therefore, must be precisely delivered. Such precise delivery typically cannot be achieved through a gravity infusion. Furthermore, certain safety features and accuracy capabilities that are standard in electronic infusion pumps are not available in non-electronic options. Elastomeric or disposable pumps generally are not clinically appropriate to support the infusion of life sustaining therapies, given those pumps' lack of safety features such as controls or alarms. Accordingly, non-electronic alternatives likely will not be a clinically viable alternative to an electronic infusion pump in most clinical environments.

B. **Electronic Infusion Pump Alternatives**: There are a number of electronic infusion pumps available for sale within the United States. These include alternative large volume infusion pumps, as well as other electronic clinical platforms such as syringe pumps. Please note that transitioning from a large volume infusion pump to an alternative platform such as a syringe pump may entail significant changes to pharmacy practice and clinical protocols and, as such, may not represent an appropriate or practical alternative to the COLLEAGUE pump.

Electronic large volume infusion pumps typically are characterized by manufacturers and customers by the pump's safety-related technological features. "Smart Pumps," which are described in more detail in Step Five of this

COLLEAGUE Volumetric Infusion Pump: Transition Guide          *Baxter*

[APG]

Transition Guide, contain advanced infusion pump technology that helps prevent the potential harm associated with errors in dose programming and calculations. Independent third parties such as the ECRI Institute ("ECRI") recommend implementation of smart pump technology and Smart Pumps now comprise the majority of the U.S. market share for electronic large volume infusion pumps.

The FDA has developed a Total Product Life Cycle (TPLC) (www.fda.gov/aboutFDA/centersoffices/CDRH/CDRHtransparency/ucm199906.htm), which contains a list of cleared infusion pump devices, their status, and Indications for Use (IFU) for each. In addition, the FDA TPLC website contains information on identified infusion pump issues, links to Medical Device Reports (MDRs), recalls and other information that may be of assistance in evaluating alternative options to your current COLLEAGUE pump. For information about accessing and searching the TPLC website, please refer to the "Third Party Evaluation Resources" section of this Transition Guide (page 16).

Customers should carefully review available alternatives to understand and choose the right fit for their particular healthcare setting. Below is a non-exhaustive listing of large volume infusion pump manufacturers currently active in the U.S. market, and their representative large volume infusion smart pump products. You can also find additional resources in the Third Party Evaluation section of this Guide, found on page 16, which contains references for third party organizations (e.g., ECRI and Institute for Safe Medication Practices (ISMP)) that provide additional independent resources for evaluating and choosing an appropriate alternative.

| Company | Products | Address and Website |
|---|---|---|
| SIGMA (distributed by Baxter) | SIGMA Spectrum | 711 Park Avenue<br>Medina, NY 14103<br>Telephone: 888-229-0001<br>www.SIGMApumps.com<br>www.baxter.com |
| B.Braun | Space/Outlook | 824 Twelfth Avenue<br>Bethlehem, PA 18018<br>Telephone: 800-227-2862<br>www.bbraunusa.com |
| Carefusion | Alaris Medley | 3750 Torrey View Court<br>San Diego, CA 92130<br>Telephone: 888-876-4287<br>www.carefusion.com |
| Hospira | Plum A+<br>Symbiq | 275 North Field Drive<br>Lake Forest, IL 60045<br>Telephone: 877-946-7747<br>www.hospira.com |

*Baxter*

[APG]

## Step Five:  Select and Implement Your Preferred Option(s)

This section of the Guide provides a general procedure for facilitating an orderly transition to an alternative infusion pump, whether through the COLLEAGUE refund or replacement program.  It describes the transition to a Smart Pump (defined below), and covers assessment, implementation planning, execution, and post-install evaluation steps.

Implementing a Smart Pump is a complex process requiring thorough planning to facilitate seamless integration into the facility's clinical workflows.  Well defined roles and responsibilities for all key stakeholders are critical to meeting pre-determined milestones and successfully achieving implementation goals.

Furthermore, training relevant staff, and verifying and validating the alternative pumps, prior to use, are critical steps to ensuring the safe and effective use of the Smart Pump. Some facilities may seek the services of consultants to assist in the verification and validation of their alternative infusion pumps.  Typically, pump manufacturers and vendors offer such consulting services in conjunction with the purchase of the infusion pump.  To identify an independent consultant, facilities may contact the ECRI Institute and the Institute for Safe Medication Practices (ISMP); see the Third Party Evaluation Resource section of this Transition Guide for their contact information.

### Infusion Pump Transition Procedure

I.  **Objective**:
    To provide a consistent process for identifying and implementing an acceptable alternative to the COLLEAGUE Infusion pump.

II.  **Scope**:
    All COLLEAGUE Infusion Pumps within your facility.

III.  **Exceptions**:
    None

IV.  **Definitions**:
    1.  **Master Drug Library (MDL):** A listing of all formulary IV medications with associated soft and hard limits and concentration parameters.

    2.  **Master Drug Library Administrator:** Individual(s) responsible for the development and adoption of a facility's Master Drug Library.  Usually this role is assigned to a pharmacist.

*Baxter*

[APG]

3.  **Qualified End User:** Clinical personnel that have received validated product training from either the manufacturer or a trained "super user".

4.  **Smart Pump:** Advanced infusion pump technology that helps intercept the potential harm associated with errors in dose programming and calculations. These systems incorporate Dose Error Reduction Software (DERS) that guides users toward safe practices and helps to reduce pump programming errors. The system relies on the development of a Master Drug Library which contains starting dose rates and concentrations for each customized drug inclusive of hard and soft limits and multiple dose modes.

5.  **Smart Pump Administrator:** Implementation team leader for the facility.

6.  **Super User:** Clinical staff that have received advanced training on the Smart Pump

BII-00020699

[APG]

## V. Infusion System Implementation Checklist

| Step 1 | |
|---|---|
| **Review and Understand All Known Risks and Associated Mitigations** | → • Review all known risks associated with use of pumps<br>• Determine your facility's medical necessity for continued use of pumps |

| Step 2 | |
|---|---|
| **Complete the Certificate of Medical Necessity** | → • Verify and reconcile serial numbers of Colleague devices at your facility(-ies)<br>• Respond by deadline: November 14, 2010 |

| Step 3 | |
|---|---|
| **Evaluate Infusion System Options** | → • Assemble multidisciplinary team to evaluate options<br>• Develop comparison criteria (3rd party references, Master Drug Library (MDL) size, wireless capability, standard safety features, testimonials)<br>• Consult with Health Information System (HIS) vendor to address interface compatibility (if applicable)<br>• Make a selection |

| Step 4 | |
|---|---|
| **Begin Transition Planning** | → • Establish multi-disciplinary implementation team<br>• Develop Pharmacy/MDL and Information Technology/integration plans<br>• Establish training requirements |

| Step 5 | |
|---|---|
| **Initiate Implementation** | → • Validate wireless network<br>• Validate MDL function<br>• Conduct incoming pump inspections/acceptance testing<br>• Download MDL to devices<br>• Complete all staff training<br>• Collect Colleague devices, catalog serial numbers for return and credit |

| Step 6 | |
|---|---|
| **Validate the Implementation** | → • Conduct unit-to-unit rounds<br>• Conduct post-implementation staff debrief<br>• Assess compliance with training, MDL usage<br>• Monitor device performance and report issues to the Manufacturer and/or FDA as appropriate |

COLLEAGUE Volumetric Infusion Pump: Transition Guide

**Baxter**

[APG]

## VI. Detailed Procedure

A. Assessment:

1. Convene a multidisciplinary product evaluation committee to include all key stakeholders potentially affected by the purchase of a new pump
2. Solicit comparative data on all considered alternatives to include:
   a. Relevant information regarding market clearance and Instructions for Use, as well as reports of device issues, adverse events, and recalls *(See Third Party Evaluation Resource section)*
   b. Technology roadmap for added functionality in the future (i.e. wireless capabilities, barcode reader, closed loop process control)
   c. Solicit third party references from current qualified end users
   d. Standard safety features
   e. Drug library size and user interface
   f. Ease-of-use (human factor) enhancements
   g. Current user testimonials
   h. Product literature
   i. Manufacturer's Operating Manual
   j. Manufacturer's Service Manual
   k. Develop a list of current disposables for cross referencing
      i. Consider drip rate factors
      ii. Breadth of disposable offering
      iii. Specialty product needs
   l. Complete a pump assessment to determine appropriate channel mix
   m. Complete a unit by unit practice review to ensure appropriate disposable offering
3. Conduct an administration set review to facilitate a clinically appropriate reference
4. Review facility policies and procedures to determine if any changes need to be initiated
5. Conduct a clinical evaluation of alternative pumps to assess clinical acceptance
   a. Determine trial success criteria
   b. Determine trial units
   c. Determine trial schedule
   d. Educate trial unit end users

BII-00020701

[APG]

        e. Monitor trial evaluation forms

        f. Analyze trial data

6. Conduct a financial impact assessment

        a. Hardware acquisition costs

        b. Software (SW) license fees

        c. MDL construction fees

        d. Accessories

        e. Service plans

        f. Maintenance fees

        g. Implementation charges

        h. Comparison of replacement and refund options including financial implications and Return on Investment (ROI) information

B. Implementation Planning:

1. Establish a multidisciplinary implementation team. Members should include, at a minimum, individuals from the following functions: physicians, nursing, pharmacy, anesthesia, materials management, biomedical engineering and Information Technology (IT) (if implementing a wireless technology)

2. If Implementing a Smart Pump

        a. Select a Smart Pump Administrator who will be responsible for leading the facility implementation process and be the key point of contact for interaction with the manufacturer team lead

        b. Determine an appropriate implementation timeline

        c. Appoint a Master Drug Library (MDL) Administrator

        d. Develop the facility MDL

        e. Develop the IT wireless installation plan

3. Develop the End User Education Plan

C. Execution

1. Receive and perform safety inspections of all incoming pumps according to hospital policies and procedures

2. Validate the alternative infusion pumps selected for use and compatibility with the hospital/facility wireless network, if applicable

3. Download the MDL to all pumps

4. Complete Super User training

5. Initiate end user training utilizing unit rosters

[APG]

    6. Swap current COLLEAGUE pumps with alternative infusion pumps following a predetermined schedule as communicated by the manufacturer's representative

    7. Baxter will tailor the removal process based on the individual health care provider. (See Section "E" below)

D. Post Install Evaluation

    1. Conduct unit to unit rounds to ensure qualified end users are comfortable with the new device

    2. Assess end user adoption of the MDL and compare to facility established goals

    3. Adjust MDL as necessary

    4. Conduct post implementation debrief meeting to answer additional questions

E. Returning COLLEAGUE Pumps to Baxter

    1. Baxter will tailor the return process based on the individual health care provider. A Baxter sales representative will provide details and arrange for the shipment of these pumps back to Baxter at no charge to the customer. This will include the documentation of serial numbers for all returned pumps. Baxter will cover the costs of shipping, packaging materials, or provide packing materials or return transport for the COLLEAGUE pumps. NOTE: Do not return your COLLEAGUE pumps until you have completed your transition to an alternative infusion device.

[APG]

## Third Party Evaluation Resources

There are a number of third-party organizations that provide reviews of available technology. One such organization is the ECRI Institute, which provides a comprehensive overview and evaluation of available infusion pump options within the United States. Another, the Institute of Safe Medication Practices (ISMP), has over 30 years of experience leading the efforts to promote safe healthcare practices and improve medication use processes. ISMP has published guidelines for the safe implementation and use of smart infusion pumps.

Additionally, FDA recently added a dedicated 'Infusion Pumps' page to its Website that provides valuable information about infusion pumps. The FDA has also compiled information from multiple Agency databases relating to the total product lifecycle for devices.

The ECRI and ISMP Website addresses are provided below, as are the instructions for accessing the FDA database:

- The ECRI Institute:
  5200 Butler Pike
  Plymouth Meeting, PA 19462-1298, USA
  Telephone: (610) 825-6000
  Fax: (610) 834-1275
  E-mail: info@ecri.org
  Web: www.ecri.org

- Institute for Safe Medication Practices (ISMP)
  200 Lakeside Drive; Suite 200
  Horsham, PA 19044-2321
  Telephone: (215) 947-7797
  Fax: (215) 914-1492
  Web: www.ismp.org/default.asp
  For infusion pump specific implementation guidance see:
  *Proceedings from the ISMP Summit on the Use of Smart Infusion Pumps: Guidelines for Safe Implementation and Use*
  www.ismp.org/Tools/guidelines/smartpumps/comments/printerversion.pdf

- Access the U.S. Food and Drug Administration Website at www.fda.gov
  o For Infusion Pumps link to:
    www.fda.gov/medicaldevices/productsandmedicalprocedures/generalh ospitaldevicesandsupplies/infusionpumps/default.htm

COLLEAGUE Volumetric Infusion Pump: Transition Guide           *Baxter*

[APG]

- o Total Product Life Cycle (TPLC Reports) can be accessed by linking to:
  www.fda.gov/aboutFDA/centersoffices/CDRH/CDRHtransparency/ucm199906.htm
  - ➢ Upon reaching the TPLC homepage, Click on Database Search
  - ➢ Enter FRN in Product Code Section
    OR
  - ➢ Enter 880.5725 in Regulation Number Section, AND
  - ➢ Choose Infusion Pumps

## BAXTER TRANSITION SUPPORT

For additional information regarding the transition, including additional copies of Certificate of Medical Necessity forms, please access:

- www.baxter.com/information/safety_information/colleague_information.html

To speak with someone who can answer your questions, please either:

- Call the COLLEAGUE Hotline at Center for One Baxter: 1-800-422-9837 (Option 1)

  **Days and Hours of Operation:** 8AM-5PM Monday through Friday (You may leave a voice mail during non-business hours and your call will be returned the following business day); *or*

- Contact your local Baxter representative

- email questions to colleague_transition@baxter.com.

COLLEAGUE Volumetric Infusion Pump: Transition Guide          *Baxter*

BII-00020705

Appendix A

## APPENDIX A: Certificate of Medical Necessity ("CN") FORM and Instructions

**Baxter**

### CERTIFICATE OF MEDICAL NECESSITY (CN):
### COLLEAGUE VOLUMETRIC INFUSION PUMPS

Baxter Healthcare Corporation is committed to making your transition from COLLEAGUE Volumetric Infusion pumps as seamless as possible. In order for Baxter to continue to support COLLEAGUE pumps within your facilities and for you to be eligible for the return and replacement options Baxter is providing to COLLEAGUE pump owners, you must:

- Provide Baxter with a completed Certificate of Medical Necessity ("CN") as soon as possible, but no later than **November 14, 2010**.
- The CN must be signed by one of the following individuals: Hospital Administrator, Chief Executive Officer, or Chief Medical Officer.
- Return the completed CN along with a **complete list of COLLEAGUE pump serial numbers within your facility** by scanning and emailing to Baxter at:

    FCA@Baxter.com

If the form is incomplete or not returned by November 14, 2010, we will be unable to accept your CN and will not be able to continue to provide service and support for your pumps through the transition period.

Your Baxter sales representative will be contacting you to assist in completing the CN form, confirm the number of pumps within your facility and discuss your replacement or refund options.

**1. Customer Information:**

Customer name: _____    Account #: _____

Address: _____

City: _____    State: _____    Zip: _____

**2. Pump Information:**

According to our records there are _____ (#) of pumps within this facility. # Owned_____ # Leased_____
(Please ensure your completed serial number list is attached to this form)

Anticipated completion date for the removal of the Colleague pumps from use: _____

Other large volume infusion pumps currently in use at your facility:

Manufacturer: _____   Make: _____   Model: _____

**3. I certify that the facility has an immediate medical need for continued use of, and product support for, COLLEAGUE pump(s), because this facility requires the:**

- [ ] Ability to administer IV fluids, blood products and medications in a precise manner across all care areas

- [ ] Time to identify and implement a replacement infusion pump in a manner that does not adversely impact patient care

- [ ] Other: _____

    OR:

- [ ] I have received the Baxter Urgent Product Recall communications and determined I do not have a medical necessity for these devices and will work with my Baxter representative to identify a schedule for removal

    OR:

- [ ] We no longer have Colleague infusion pumps at this facility (please provide details as to the disposition of the facility's Colleague infusion pumps, e.g. destroyed, lost or stolen, sold or transferred, etc.):

**4. Authorized Signature:** _____

Name (Print): _____
Title: (Circle One)      Hospital Administrator      CEO      CMO

Date: _____   Telephone #: _____   E-mail Address: _____

Page 5 of 6

COLLEAGUE Volumetric Infusion Pump: Transition Guide                    **Baxter**

Appendix A

# APPENDIX A: Certificate of Medical Necessity ("CN") FORM and Instructions

Dear Valued Customer:

We greatly appreciate your continued loyalty to the Baxter family of products and we want to make your transition from COLLEAGUE Volumetric Infusion pumps to an alternative pump as seamless as possible.

As stated in the Urgent Product Recall letter of August 4, 2010, in order to continue receiving support for your COLLEAGUE pumps and be eligible for Baxter's replacement and refund program, customers must complete a Certificate of Medical Necessity ("CN") form. The CN form must be returned to Baxter as soon as possible but no later than **November 14, 2010**.

**PLEASE COMPLETE YOUR CN FORM AND INCLUDE THE FOLLOWING INFORMATION:**

**Section 1 – Customer Information**
- Customer name, account #, and complete address

**Section 2 – Pump Information**
- Number of COLLEAGUE pumps in the facility
- List of serial numbers and owned/lease status for all COLLEAGUE pumps used at your facility. Baxter has provided the following form(s) to assist you in collecting this information:
  - A "Blank Colleague Serial Number List" on which you can fill out the serial number and owned/lease status of each pump at your facility; if a pump is leased from a company other than Baxter, you must provide the name and contact information for that company.
  - For Baxter's direct customers only, a "Colleague Serial Number List" that includes the COLLEAGUE pump serial numbers that Baxter has on file for your facility. For each such pump, you can check the appropriate box to let us know whether the pump is still in your possession. If any pumps that you possess are not listed on the "Colleague Serial Number List" described above, you should include those additional pumps on the "Blank Colleague Serial Number List" described above.
- Anticipated completion date for removal of COLLEAGUE pumps from use.
- The names of the manufacturer, make and model of other large volume infusion pumps in use at your facility.

**Section 3 – Complete the certification:**
- Certify that COLLEAGUE pumps are an immediate and continued medical necessity and state the reason by checking the appropriate box (or boxes), OR
- Certify that you do not have a medical necessity for these devices, OR
- Certify that you no longer have COLLEAGUE infusion pumps at the facility. If you no longer have COLLEAGUE pumps at your facility, we ask that you provide us with details as to the disposition of those pumps (direct customers can do so on the "Colleague Serial Number List" provided by Baxter).

**Section 4 – Authorized Signature – CN MUST BE SIGNED BY ONE OF THE FOLLOWING:**
- Hospital Administrator
- Chief Executive Officer
- Chief Medical Officer

We apologize for any inconvenience this may cause you and your staff. However, you must adhere exactly to those requirements to ensure that you receive uninterrupted service and support from Baxter. Your Baxter sales representative is available to help you complete the CN form and assist with any other transition matter. Please contact the Center for One Baxter at **1-800-422-9837** if you need any assistance.

Thank you.

Colleague Transition Team

COLLEAGUE Volumetric Infusion Pump: Transition Guide

**Baxter**

## APPENDIX B: Refund Calculation and Examples

As described in Step 2 of this Transition Guide, Baxter will provide a refund to current COLLEAGUE owners that is the lesser of: (a) the depreciated value (see below), or (b) the owner's documented purchase price.

Following is the calculation by which the depreciated value of your COLLEAGUE infusion pumps will be calculated.

$$[\text{Depreciated Value}] = [\text{Purchase Price}] * \left( 0.9 - \frac{([\text{Date Consent Decree}] - [\text{Date Purchased}]) \, in \, Months}{120 \, Months} \right)$$

### Where:

[Purchase Price] = The price when the pump was last sold by Baxter

([Date of Consent Decree] – [Date Purchased]) = The positive value difference between the two dates expressed in months.

The depreciated value is subject to a minimum of \$1,500 for a single channel COLLEAGUE pump, or \$3,000 for a triple channel COLLEAGUE pump.

### Example 1:

[Purchase Price] = \$5,000

[Date of Consent Decree] = June 29, 2006

[Date Purchased] = June 1, 2005

$$[\text{Depreciated Value}] = \$5,000 * \left( 0.9 - \frac{([\text{June 2006}] - [\text{June 2005}] \, Months)}{120 \, Months} \right)$$

$$[\text{Depreciated Value}] = \$5,000 * \left( 0.9 - \frac{12 \, Months}{120 \, Months} \right)$$

[Depreciated Value] = \$5000 X (0.9-0.1)

[Depreciated Value] = \$5000 X 0.8

[Depreciated Value] = \$4000

COLLEAGUE Volumetric Infusion Pump: Transition Guide

*Baxter*

Appendix B

The following additional examples reflect how the depreciated value and the refund for COLLEAGUE pumps will be calculated.

**Example 2:**

Hospital A purchased 10 COLLEAGUE triple channel pumps for $4000 per device in June 2002.

[Purchase Price] = $4,000

[Date of Consent Decree] = June 29, 2006

[Date Purchased] = June 1, 2002

$$[\text{Depreciated Value}] = \$4000 \times \left( 0.9 - \frac{[\text{June 2006}] - [\text{June 2002}] \text{ Months}}{120 \text{ Months}} \right)$$

$$[\text{Depreciated Value}] = \$4000 \times \left( 0.9 - \frac{48 \text{ Months}}{120 \text{ Months}} \right)$$

Depreciated Value = $4000 X (0.9 − 0.4)

[Depreciated Value] = $4000 X 0.5

[Depreciated Value] = $2000

*HOWEVER:*

[Minimum Depreciated Value] = $3000 per triple-channel device

While the depreciated value of each of these 10 COLLEAGUE triple channel pumps is $2,000 based on the calculations, the minimum refund value for COLLEAGUE triple channel pumps purchased directly from Baxter is $3,000. Therefore, Hospital A will receive $3,000 per pump within 10 days of the return of each of these COLLEAGUE triple channel pumps.

COLLEAGUE Volumetric Infusion Pump: Transition Guide          *Baxter*

Appendix B

### Example 3:

Hospital B owns 10 COLLEAGUE single channel infusion pumps purchased for $1300 each in June 2000.

[Purchase Price] = $1,300

[Consent Decree Date] = June 29, 2006

[Date Purchased] = June 1, 2000

$$[\text{Depreciated Value}] = \$1300 \times \left( 0.9 - \frac{[\text{June 2006}] - [\text{June 2000}] \text{ Months}}{120 \text{ Months}} \right)$$

$$[\text{Depreciated Value}] = \$1300 \times \left( 0.9 - \frac{72 \text{ Months}}{120 \text{ Months}} \right)$$

[Depreciated Value] = $1300 X (0.9 – 0.6)

[Depreciated Value] = $1300 X 0.3

[Depreciated Value] = $390

*HOWEVER:*

[Minimum Depreciated Value] = $1500 per single-channel device

*HOWEVER, in this case:*

[Minimum Depreciated Value] ≥ Actual Purchase Price

COLLEAGUE Volumetric Infusion Pump: Transition Guide

*Baxter*

BII-00020710

Therefore, while the minimum refund value for COLLEAGUE single channel pumps purchased directly from Baxter is $1,500, the refund is limited to the actual purchase price paid by the customer. In this particular example, Hospital B originally paid $1,300 each for these 10 COLLEAGUE single channel pumps. Therefore, Hospital B will receive a refund of $1,300 for each of these particular pumps.

### Example 4:

Hospital C bought 10 COLLEAGUE triple channel devices for $2,500 each and 20 COLLEAGUE single channel devices for $1,000 each in a private transaction with Hospital D. Hospital C already had purchased 50 triple channel devices from Baxter in June 2002 for $5,000 apiece and 100 COLLEAGUE single channel devices purchased for $2,500 in June 2004.

First, the value of the privately purchased units will be calculated as follows: Hospital C spent $45,000 in purchasing the additional COLLEAGUE devices (10 x $2,500 = $25,000, and 20 x $1,000 = $20,000). As a result, since Hospital C has documentation showing the actual purchase price and date from Hospital D and are eligible for full purchase price replacement value, or $45,000 since the full purchase price falls below the minimum refund value.

Second, the value of the older devices purchased directly from Baxter would be calculated as follows:

*Triple channel devices, per unit*

[Purchase Price] = $5,000

[Date Consent Decree] = June 29, 2006

[Date Purchased] = June 1, 2002

$$[\text{Depreciated Value}] = \$5000 \times \left( 0.9 - \frac{[\text{June 2006}] - \text{June [2002] Months}}{120 \text{ Months}} \right)$$

$$[\text{Depreciated Value}] = \$5000 \times \left( 0.9 - \frac{48 \text{ Months}}{120 \text{ Months}} \right)$$

*Baxter*

Appendix B

[Depreciated Value] = $5000 X (0.9 − 0.4)

[Depreciated Value] = $5000 X 0.5

[Depreciated Value] = $2500

*HOWEVER:*

[Minimum Depreciated Value] = $3000 per triple-channel device

Therefore, since the depreciated value of the COLLEAGUE triple channel pumps is below the minimum value, Hospital C is entitled to $3,000 for each triple channel device, for a total of $150,000 for the 50 triple channel devices in its possession.

*Single channel devices, per unit*

[Purchase Price] = $2500

[Date Consent Decree] = June 29, 2006

[DatePurchased] = June 1, 2004

$$[\text{Depreciated Value}] = \$2500 \times \left( 0.9 - \frac{[\text{June 2006}] - \text{June [2004] Months}}{120 \text{ Months}} \right)$$

$$[\text{Depreciated Value}] = \$2500 \times \left( 0.9 - \frac{24 \text{ Months}}{120 \text{ Months}} \right)$$

[Depreciated Value] = $2500 X (0.9 − 0.2)

[Depreciated Value] = $2500 X 0.7

[Depreciated Value] = $1750

COLLEAGUE Volumetric Infusion Pump: Transition Guide

*Baxter*

Appendix B

Since the depreciated value of the COLLEAGUE single channel pumps is higher than the minimum value, Hospital C is entitled to $1,750 for each single channel device, for a total of $175,000 for the 100 single channel devices in its possession.

Total refund calculation for Hospital C:

| | |
|---|---|
| Units purchased from Hospital D: | $ 45,000 |
| 50 Triple Channel devices purchased from Baxter ($3,000 value) | $ 150,000 |
| 100 Single Channel devices purchased from Baxter ($1,750 per unit) | $ 175,000 |
| Refund calculation TOTAL | $ 370,000 |

**Example 5:**

Upgraded to new COLLEAGUE pumps

Beginning in June 2007, Baxter began deploying corrections to COLLEAGUE pumps pursuant to its approved Corrective Action Plan (CAP). As part of that deployment, rather than having their original single channel pump serviced, some customers instead opted to exchange their COLLEAGUE PUMPS for new COLLEAGUE pumps from Baxter at heavily discounted prices (an "upgrade payment"). As part of its refund program, Baxter will offer a refund of $1500 per device to those customers. This refund amount accounts for the depreciated value of the customer's original COLLEAGUE pump plus any upgrade payment. For example, a customer that traded in a pump with a depreciated value of $800 and made an upgrade payment of $500 in order to receive a new COLLEAGUE pump will receive the minimum refund of $1500 for this COLLEAGUE pump.

Baxter and Colleague are registered trademarks of Baxter International Inc.
Sigma and Sigma Spectrum are trademarks of Sigma International General Medical Apparatus, LLC.
All other trademarks appearing herein are property of their respective owners.

COLLEAGUE Volumetric Infusion Pump: Transition Guide                    **Baxter**