IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| BAXTER INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **No. 1:15-cv-09986** |
| | ) | |
| v. | ) | **Judge Nancy L. Maldonado** |
| | ) | |
| CAREFUSION CORPORATION, and | ) | |
| BECTON, DICKINSON AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Court's Protective Order entered in this case (see Dkt. No. 52), Defendants CareFusion Corporation and Becton, Dickinson and Company (collectively "CareFusion") through their attorneys, move the Court for leave to file under seal their Reply in Support of Motions *in Limine* regarding Damages and Exhibit 37 attached thereto because these materials contain information designated by Defendants and/or Plaintiff Baxter International, Inc. as Confidential or Highly Confidential under the Court's Protective Order in this case.

Concurrently with this motion, Defendants have served counsel of record for Plaintiff with unredacted copies of the above-listed documents. CareFusion will shortly file a redacted version of its Motions *in Limine*.

**WHEREFORE**, Defendants respectfully request that the Court grant them leave to file under seal the above-listed documents.

1

Respectfully submitted,

**CAREFUSION CORPORATION and BECTON, DICKINSON AND COMPANY**

Dated:  October 12, 2023     By:   /s/  Nina B. Garcia
         One of Their Attorneys
         E-mail:  nina.garcia@wilmerhale.com

Kevin Tottis (ARDC No. 6193853)
Monica L. Thompson (ARDC No. 6181455)
Keith M. Stolte (ARDC No. 6244848)
**TOTTIS LAW**
401 North Michigan Avenue, Suite 530
Chicago, Illinois 60611
Tel: (312) 527-1400

Omar Khan (admitted *pro hac vice*)
Lauren E. Matlock-Colangelo (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
Tel:  (212) 937-7252

Heather Petruzzi (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  (202) 663-6028

Lisa J. Pirozzolo (admitted *pro hac vice*)
Nina Garcia (admitted *pro hac vice*)
Labdhi Sheth (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel:  (617) 526-6388

2

Kurt J. Niederluecke (MN Reg. # 0271597)
Adam R. Steinert (MN Reg. # 0389648)
Barbara Marchevsky (MN Reg. # 0398256)
**FREDRIKSON & BYRON, P.A.**
200 South 6th Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Tel: (612) 492-7000

Thomas M. Patton (MN Reg. # 0401728)
**FREDRIKSON & BYRON, P.A.**
111 East Grand Avenue, Suite 301
Des Moines, Iowa 50309-1884
Tel: (515) 242-8900

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

       Nina B. Garcia, an attorney, states that she caused the **MOTION FOR LEAVE TO FILE UNDER SEAL** to be served electronically by transmission through e-mail and/or file transfer link on October 12, 2023, upon:

Julianne M. Hartzell
Kelley S. Gordon
Chelsea M. Murray
MARSHALL GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Dr.
Chicago, IL 60606
T: 312.474.6300
E: jhartzell@marshallip.com
E: kgordon@marshallip.com
E: cmurray@marshallip.com


Douglas J. Nash
John D. Cook
Denis Sullivan
Thomas Hoehner
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700

Jeffrey R. Gargano
Devon C. Beane
Melissa Haulcomb
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
T: 312.372.1121

                                               *Nina B. Garcia*
                                               Nina B. Garcia