## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Baxter International, Inc.
                            Plaintiff,

v.                                                           Case No.: 1:15−cv−09986
                                                                 Honorable Nancy L. Maldonado

CareFusion Corporation, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Off−the−record telephone conference held on 11/20/2023, to update the Court on settlement. The Court has offered several proposed dates for a settlement conference. By 11/27/2023, the parties are to send a single email to Chambers_McShain@ilnd.uscourts.gov to confirm which of those proposed dates work for both attorneys and decisionmakers. The parties are encouraged to continue their ongoing settlement negotiations. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.