UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Baxter International, Inc.
                                  Plaintiff,

v.                                                    Case No.: 1:15−cv−09986
                                                             Honorable Nancy L. Maldonado

CareFusion Corporation, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 27, 2023:

      MINUTE entry before the Honorable Heather K. McShain: In response to a joint email from counsel for all parties date 11/27/2023, the parties have conferred and a remote settlement conference is set for 01/11/2024 at 1:00 p.m. As discussed with counsel on 11/20/2023, the parties have been engaged in settlement negotiations since Judge Maldonado's rulings on 11/14/2023, and, by setting a settlement conference, Magistrate Judge McShain in no way wishes to impede or stall those ongoing settlement talks, particularly in light of the looming pretrial deadlines and trial date. As a result, the Court expects that the parties will keep talking with one another to further the settlement negotiations and, if possible, settle the case without judicial assistance. Any supplemental settlement proposals should be submitted by 01/05/2024 and emailed to the Court at Settlement_Correspondence_McShain@ilnd.uscourts.gov. With respect to the supplemental settlement proposals, at a minimum the Court requests an update on the parties' settlement negotiations as of that 01/05/2024 deadline; and, the Court is willing to accept joint, separate but shared, and/or ex parte supplemental settlement proposals. Please note that settlement proposals are not to be filed on the CM−ECF system. Parties shall confer and send ONE email to Chambers_McShain@ilnd.uscourts.gov, by 01/05/2024 identifying the email addresses of the individuals who intend to participate in the settlement conference. The parties are directed to review and comply with Judge McShain's Standing Order for Settlement Conferences (available on the court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Settlement Conference"). Individuals with full and complete settlement authority on behalf of the parties are ordered to personally participate in the settlement conference. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.