IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:15-cv-09986 |
| CAREFUSION CORPORATION, and BECTON, DICKINSON AND COMPANY, | ) Judge Nancy L. Maldonado ) ) |
| Defendants. | ) ) ) |

**STIPULATION OF DISMISSAL**

Plaintiff Baxter International, Inc. ("Baxter") and Defendants CareFusion Corporation and Becton, Dickinson and Company (collectively, "Becton Dickinson") hereby notify the Court that they have settled their respective claims for relief in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to dismiss their respective claims for relief.

IT IS THEREFORE AGREED that all claims for relief asserted against Becton Dickinson by Baxter are dismissed with prejudice and all counterclaims for relief against Baxter by Becton Dickinson are dismissed with prejudice; and

IT IS FURTHER AGREED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

<div style="display: flex;">

<div>

Dated:  December 26, 2023

*/s/Adam R. Steinert*

Kevin Tottis (ARDC No. 6193853)
Monica L. Thompson (ARDC No. 6181455)
Keith M. Stolte (ARDC No. 6244848)
**TOTTIS LAW**
401 North Michigan Avenue, Suite 530
Chicago, Illinois 60611
Tel: (312) 527-1400

Omar Khan (admitted *pro hac vice*)
Lauren Matlock-Colangelo (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
Tel:  (212) 937-7252

Heather Petruzzi (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  (202) 663-6028

Lisa J. Pirozzolo (admitted *pro hac vice*)
Nina Garcia (admitted *pro hac vice*)
Labdhi Sheth (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel:  (617) 526-6388

Kurt J. Niederluecke (MN Reg. # 0271597)
Adam R. Steinert (MN Reg. # 0389648)
Barbara Marchevsky (MN Reg. # 0398256)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, Minnesota  55402-4400
Tel:  (612) 492-7000

Thomas M. Patton (MN Reg. # 0401728)
**FREDRIKSON & BYRON, P.A.**
111 East Grand Avenue, Suite 301
Des Moines, Iowa 50309-1884
Tel: (515) 242-8900

***Attorneys for Defendants***

</div>

<div>

Respectfully submitted,

*/s/Douglas J. Nash*

Julianne M. Hartzell
Kelley S. Gordon
Chelsea M. Murray
**MARSHALL GERSTEIN & BORUN LLP**
6300 Willis Tower
233 S. Wacker Dr.
Chicago, IL 60606
Tel: (312) 474-6300
jhartzell@marshallip.com
kgordon@marshallip.com
cmurray@marshallip.com

Douglas J. Nash
John D. Cook
Denis Sullivan
Thomas Hoehner
**BARCLAY DAMON LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700

***Attorneys for Plaintiff***

</div>

</div>

2