**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Baxter International, Inc.
          Plaintiff,

v.                  Case No.: 1:15−cv−09986
                 Honorable Nancy L. Maldonado

CareFusion Corporation, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 27, 2023:

  MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to the parties' stipulation of dismissal, Plaintiff's claims against Defendants are dismissed with prejudice and Defendants' counterclaims against Plaintiff are dismissed with prejudice. Each side to bear their own fees and costs. All pending case and trial deadlines are stricken. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.